AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Pecos Division

**FILED**
February 16, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Joseph Hinojos____
DEPUTY

United States of America )
v. )
)   Case No. 4:21-mj-_143_
Melissa Castillo )
)
)
)
_____ )
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 12, 2021** in the county of **Brewster** in the **WESTERN DISTRICT OF TEXAS**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1324 | Knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, guides or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation and for the purpose of commercial advantage or private financial gain. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

/s/ Ryan Drake
_____
Complainant's signature

Ryan Drake, Special Agent
_____
Printed name and title

OATH TELEPHONICALLY SWORN
AT __09:00__ A.M.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: __02/16/2021__

City and state: Alpine, Texas

_____
Judge's signature

Honorable Judge David B. Fannin
United States Magistrate Judge

## AFFIDAVIT

On February 12, 2021, a Brewster County Sheriff's Deputy assigned to the Marathon, Tx area was performing Stonegarden duties in Marathon. The Brewster County Sheriff Office (BCSO) is familiar with this area as it is known to them for alien smuggling.

Marathon lies at the intersection of U.S. Highway 90 and U.S. Route 385 (US 385). US 385 is a direct route to Big Bend National Park, a park that lies directly on the international border with Mexico. This is a area local law enforcement and U.S Border Patrol Agents know as a common location for illegal incursions into the U.S. by undocumented aliens (UDAs).

Around 9:00 p.m., a BCSO deputy utilizing a marked patrol vehicle was positioned in Marathon at the visitor center observing vehicle traffic when he noticed a white Van with paper plates enter Marathon, via U.S. Highway 90, traveling westbound.

The white van was observed traveling pass the deputy's location and appeared to be continuing out of town westbound. A short time later, the deputy while performing roving patrol, observed the same van now traveling eastbound back into Marathon. The van stopped briefly along the side of the highway and then proceeded to travel again. While conducting roving patrol, the deputy observed the van on three separate occasions traveling in and around Marathon over the course of about one hour.

Following the third trip, the deputy observed the van park at a local gas station. Already suspicious, the deputy began to drive in the direction of the gas station to see if the driver was in fact getting gas, but prior to his arrival, the van departed and traveled to the visitor center where it parked and turned off its lights.

The deputy acknowledged and departed the area to continue with roving patrol. Upon returning to the area, the van was no longer at the visitor center, its location unknown at that time. A short time later, the deputy observed the van traveling through town again, but this time it was observed turning on US 385 and proceeded southbound in the direction of Big Bend National Park.

After approximately fifty minutes the deputy traveled south on US 385 in order to observe traffic. While in route, he observed two vehicles traveling north in tandem and further back a third vehicle. The deputy allowed the first two vehicles to pass his location before turning around and proceeding northbound. While traveling north on US 385, the deputy noticed the third vehicle coming up on him at a high rate speed and then abruptly slow down upon observing the marked patrol vehicle. The third vehicle quickly fell back as if to make space between itself and the deputy's vehicle.

The deputy proceeded north on US 385 and upon entering Marathon was able to observe the third vehicle that had been behind him. The deputy observed the third vehicle was the same white van spotted earlier in the night.

Based off of the van's suspicious travel pattern and the fact that it traveled south on US 385 in the direction of the national park only to return approximately 50 minutes later, the deputy had developed reasonable suspicion the vehicle was in the area to conduct illicit activity and therefore conducted a vehicle stop to investigate.

Upon yielding to the stop, the deputy made contact from the passenger side, observing a female passenger and male driver. The deputy contacted the female passenger first, later identified as Melissa CASTILLO and identified himself as a deputy with Brewster County and advised her for the reason of the vehicle stop. CASTILLO acknowledged her suspicious travel itinerary and stated she

was waiting on family as they were supposed to vacation in Big Bend but the family had recently cancelled and so she and the driver were now heading out of the area.

The deputy requested both the driver and CASTILLO to provide some form of identification, which CASTILLO was able to do, but the driver appeared to have none. The deputy then observed CASTILLO asking the driver if he possessed any identification at all raising his suspicions, considering she was now talking to him like as if he was a stranger.

The deputy asked CASTILLO if there was anybody else in vehicle to which she replied no, it was just the two of them.

While questioning CASTILLO and the driver, the deputy noticed he could not see the hands of the driver and therefore requested he place them on the steering wheel for safety purposes. Upon complying, the deputy observed the driver's hands were cut up and had dried blood on them, indicative of someone who has been walking through the brush and cactus in the desert.

With the driver's hands in sight, the deputy shifted his position to get a better look at the cab of the van, after which he was able to see behind the passenger seat and observed multiple subjects in the rear of the van.

Based on his suspicions that the subjects were undocumented aliens; the deputy requested the assistance of the U.S. Border Patrol. Border Patrol Agents (BPAs) with the Alpine Border Patrol responded to assist.

BPAs conducted an immigration inspection of CASTILLO and the eleven additional occupants and determined CASTILLO was a United States Citizen and the eleven additional occupants were UDAs, without the immigration documents to be in, remain, or pass through the United States.

The eleven UDAs were placed into custody and transported to the Alpine Border Patrol Station for questioning and processing. CASTILLO was transported to the Brewster County Jail for questioning and processing.

Homeland Security Investigations Special Agent (SA) Ryan Drake was contacted and responded to further investigate.

On February 12, 2021, SA Drake interviewed CASTILLO. A Brewster County officer assisted with the interview. The interview was audio/video recorded.

CASTILLO was provided her Miranda Warnings via ICE Form 73-025, Declaration of Rights. CASTILLO advised she understood her rights and agreed to answer questions at that time.

Post-Miranda, CASTILLO admitted being recruited to pick-up the UDAs for which she expected to be financially compensated.

CASTILLO stated her sister-in-law had approached her with the opportunity to make some extra money and advised the job would be transporting people. CASTILLO admitted to knowing the people would be undocumented aliens.

CASTILLO stated her and her sister-in-law traveled from Abilene, TX in two separate vehicles to Fort Stockton, TX and stayed one night prior to travelling to the Big Bend Park area. CASTILLO stated she was traveling south on US 385 when she was flagged down by the UDAs. CASTILLO stated she then stopped and allowed the UDAs to get in. CASTILLO stated she then moved over into the passenger seat allowing one of UDAs to drive.

CASTILLO stated they were in route to the Fort Worth, TX area and that she was expecting to be paid either by the UDAs then or after the job was done. CASTILLO claimed she was never advised of exactly how much she was going to get financially compensated, but assumed it would be a lot, an amount CASTILLO suggested could be around $1,000 United States Dollars (USD).

Complaint sworn to telephonically on
February 16, 2021     and signed electronically.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

Ryan Drake, Special Agent
Homeland Security Investigations

David B. Fannin
United States Magistrate Judge